entered March 3, 1925, which affirmed a judgment of the Madison County Court rendered upon a verdict convicting the defendant of the crime of manslaughter in the second degree.

*R. D. Woolsey* and *E. A. Kiley* for appellant.

*William L. Burke, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE ANDREWS and LEHMAN, JJ. Not voting: HISCOCK, Ch. J.

---

THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, Appellant, *v.* J. P. DEVINE Co., Respondent.

*Subrogation — workmen's compensation — action by insurance carrier to recover for injury to workman.*

*Employers' Liability Assur. Corp.* v. *Devine Co.,* 214 App. Div. 809, affirmed.

(Argued October 23, 1925; decided November 24, 1925.)

APPEAL from a judgment, entered July 8, 1925, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment in favor of defendant upon the nonsuit granted at the Trial Term. The action was by an insurance carrier under the Workmen's Compensation Law to recover damages from defendant for causing personal injuries to an employee of a corporation while defendant was engaged in installing a furnace at the plant of said corporation.

*Ralph W. Dox* and *Ulysses S. Thomas* for appellant.

*Harold J. Adams* and *Percy R. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.